THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DANIEL ZANGHI, Appellant. [899 NYS2d 685]—Appeal from an order of the Ontario County Court (Craig J. Doran, J.), entered January 9, 2009. The order determined that defendant is a level three risk pursuant to the Sex Offender Registration Act.

It. is hereby ordered that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at County Court. Present—Scudder, P.J., Centra, Carni, Sconiers and Pine, JJ.